**ROSEN ✧ SABA, LLP**
RYAN D. SABA, ESQ. (State Bar No. 192370)
rsaba@rosensaba.com
MICHAEL FORMAN, ESQ. (State Bar No. 260224)
mforman@rosensaba.com
2301 Rosecrans Avenue, Suite 3180
El Segundo, California 90245
Telephone: (310) 285-1727
Facsimile: (310) 285-1728

Attorneys for Defendant,
LIBERTY BANKERS LIFE INSURANCE COMPANY

Justin Prato SBN 246968
Christopher J. Reichman SBN 250485
PRATO & REICHMAN, APC
3675 Ruffin Road, Suite 220
San Diego, CA 92123
Telephone: 619-886-0252
Email: justinp@prato-reichman.com

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>LIBERTY BANKERS LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 8:23-cv-00435-WLH-ADSx<br>Honorable Wesley L. Hsu<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |



The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

DATED: October 6, 2023   **PRATO & REICHMAN, APC**

/s/ Christopher J. Reichman
_____
Justin Prato Esq.
Christopher J. Reichman, Esq.
Prato & Reichman, APC
Attorneys for Plaintiff

DATED: October 6, 2023   ROSEN ✦ SABA, LLP

_____
RYAN D. SABA
MICHAEL FORMAN
Attorneys for Defendant,
LIBERTY BANKERS LIFE
INSURANCE COMPANY

Pursuant to L.R. 5-4.3.4, I, Michael Forman, attest that the above signatories have read and approved the foregoing and consent to its filing in this action.

_____
Michael Forman

